648

Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Walter G. Riddick, Charles T. Coleman,* and *Burk Mann* for petitioner. *Messrs. E. L. Westbrooke, A. P. Stewart,* and *J. W. Jamison* for respondents.

No. 419. LATZ ET AL. *v.* RELIANCE GRAPHIC CORP. ET AL. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Max Shlivek* for petitioners. *Messrs. Emanuel Celler* and *Asher Blum* for respondents.

No. 407. MORGAN ET AL. *v.* UNITED STATES. November 21, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Horace C. Wilkinson* and *L. E. Gwinn* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 421. NATIONAL BUILDERS BANK *v.* BROWN ET AL. November 21, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles S. Macaulay* for petitioner. *Messrs. Daniel Anderson* and *Emmett J. McCarthy* for respondents.

No. 425. GUARNERI *v.* KESSLER, DISTRICT DIRECTOR OF IMMIGRATION, ET AL. November 21, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ignatius Edward Uzzo* for